UNITED STATES of America,
Plaintiff–Appellee

v.

Edmundo RUFINO, Defendant–
Appellant.

No. 07–41159
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 8, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Eduardo Dean Jaime, Laredo, TX, for Defendant–Appellant.

Before JOLLY, WIENER and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Edmundo Rufino has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rufino has filed a response. Our independent review of the record, counsel's brief, and Rufino's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, Rufino's motion for appointment of substitute counsel is DENIED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.